

# Fourth Court of Appeals
## San Antonio, Texas

July 9, 2014

No. 04-14-00398-CV

Alma L. **GOMEZ** and Alberto F. Gomez,
Appellants

v.

**HONDA MOTOR CO., LTD.**, Et al.,
Appellees

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 11-02-26254-MCV
Honorable Amado J. Abascal, III, Judge Presiding

# O R D E R

The clerk's record was due on June 12, 2014. On July 3, 2014, the district clerk filed a notification of late record. The clerk asked for an extension of time to file the clerk's record. The clerk's request is GRANTED. The clerk's record is due on August 4, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court